**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 25-00296-10 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| FRANK YOUNGBLOOD (10) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 178), the written objections having been filed (Record Document 179), having thoroughly reviewed the record, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant Frank Youngblood's Motion to Suppress (Record Document 154) is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 18th day of November, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE